UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

CHAMBERS OF  
**MONICA J. BENTON**  
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURTHOUSE  
700 STEWART STREET  
SEATTLE, WA 98101  
(206) 370-8900

September 15, 2005

TO: SHANE LEWIS WATSON, *Pro Se*  
KELLY A. RYAN, Counsel for Defendants

FROM: MONICA J. BENTON  
United States Magistrate Judge

RE: <u>Watson v. Snohomish County</u>  
Case No. C05-389RSM

  Attached are copies of my Report and Recommendation, proposed order and judgment in the above-captioned case. The originals are being filed with the Clerk. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

  Objections to the Report and Recommendation should be filed and served within twenty-one days of the date of this letter with copies to the Clerk for forwarding to the District Judge and to my office. Failure to file objections within the specified time waives the right to appeal any order by the District Court adopting this Report and Recommendation. You should note your objections for consideration on the District Judge's motion calendar for the fourth Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on October 7, 2005.

  Thank you for your cooperation.

Attachments  
MJB/mb

cc: Honorable District Court Judge Ricardo S. Martinez