05-CV-00389-ANS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANE LEWIS WATSON,

    Plaintiff,

    v.

SNOHOMISH COUNTY, et al.

    Defendants.

CASE NO. C05-389-RSM

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The Court GRANTS Defendants' Motion to Dismiss;

(3) The matter is **DISMISSED** with prejudice;

(4) The Clerk is directed to send a copy of this Order to Plaintiff, counsel for defendants, and the Hon. Monica J. Benton.

DATED this ___1___ day of ___Nov___, 2005.

RICARDO S. MARTINEZ
United States District Judge

ORDER
PAGE - 1